LAW OFFICE OF ROMAN F. AMAGUIN
ROMAN F. AMAGUIN, BAR NO. 6610
345 Queen Street
Suite 504
Honolulu, HI 96813
Telephone: 808.545.4151
roman@amaguinlaw.com

Attorney for Plaintiff
Holly Finley

LITTLER MENDELSON, P.C.
JUDY M. IRIYE, BAR NO. 10569
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone:  808.650.6064
Facsimile:  310.553.5583

Attorneys for Defendant
Luxottica of America Inc. d/b/a LensCrafters

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HOLLY FINLEY,<br><br>    Plaintiff,<br><br> v.<br><br>LUXOTTICA OF AMERICA INC.<br>d/b/a LENSCRAFTERS,<br><br>    Defendant. | CIVIL NO.  CV 20-00479 WRP<br><br>**JOINT STIPULATION<br>DISMISSING ACTION WITH<br>PREJUDICE; ORDER**<br><br><br>Trial Date:  June 14, 2022 |

**JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**

IT IS HEREBY STIPULATED by and among Plaintiff HOLLY FINLEY ("Plaintiff") and Defendant LUXOTTICA OF AMERICA INC. d/b/a LENSCRAFTERS ("Defendant"), by and through their respective counsel, that all claims by Plaintiff against Defendant, set forth in Plaintiff's Complaint, which was filed in the Circuit Court of the First Circuit of the State of Hawaii on October 8, 2020, and removed to the instant federal district court on November 6, 2020 (Dkt. No. 1), are hereby dismissed with prejudice. Each party is to bear her/its own attorneys' fees and costs.

This Stipulation has been signed by all parties, or their respective counsel, who have appeared in this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

---

JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE; ORDER; *Holly Finley v. Luxottica of America Inc. dba LensCrafters.*, Civ. No. CV 20-00479 WRP

Respectfully Submitted,

DATED:  March 30, 2022                    DATED:  March 30, 2022
Honolulu, Hawaii                          Kailua, Hawaii


*/s/  Roman Amaguin*                       */s/ Judy Iriye*
Roman F. Amaguin                          Judy M. Iriye
Law Office of Roman Amaguin               LITTLER MENDELSON, P.C.

Attorneys for Plaintiff                   Attorneys for Defendant
HOLLY FINLEY                              LUXOTTICA OF AMERICA INC.
                                          d/b/a LENSCRAFTERS




**APPROVED AS TO FORM.**

DATED: March 30, 2022, Honolulu, Hawaii.




Wes Reber Porter
United States Magistrate Judge



JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE; ORDER;
*Holly Finley v. Luxottica of America Inc. dba LensCrafters.*, Civ. No. CV 20-00479 WRP

- 2-